UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DIKA BASIC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.4:11CV2124SNLJ/FRB |
| | ) | |
| CAROLYN W. COLVIN[1], | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER AND JUDGMENT

Having received no objections thereto,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Frederick R. Buckles [10], filed March 1, 2013 be and is **SUSTAINED, ADOPTED,** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the final decision of the Commissioner denying the plaintiff's application for disability benefits be and is **REVERSED**.

**IT IS FINALLY ORDERED, ADJUDGED, AND DECREED** that pursuant to Sentence Four of 42 U.S.C. §405(g), this case is **REMANDED** to the Commissioner for reconsideration and further proceedings consistent with the Magistrate Judge's Report and Recommendation [19].  This Court does not retain jurisdiction of this case.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) Fed.R.Civ.P., Acting Commissioner Colvin should be substituted for (former) Commissioner Michael J. Astrue as the defendant in this case.

Dated this __18th__ day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE